UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| ONSTREAM MEDIA CORPORATION,<br><br>Plaintiff<br><br>v.<br><br>CAFEX COMMUNICATIONS LTD,<br><br>Defendant | Case No. 6:22-cv-00887<br>**JURY TRIAL DEMANDED** |

## NOTICE OF RELATED CASES

Plaintiff Onstream Media Corporation respectfully files this Notice of Related Cases to inform the Court that the present case involves the infringement of a patent already in suit in the following earlier numbered cases:

- *Onstream Media Corporation v. Haivision Systems, Inc.*, 6:21-cv-00684-ADA;
- *Onstream Media Corporation v. Restream, Inc.*, 6:21-cv-00521-ADA;
- *Onstream Media Corporation v. Buildscale, Inc.*, 6:21-cv-00554-ADA;
- *Onstream Media Corporation v. Polycom, Inc.*, 6:20-cv-00743-ADA;
- *Onstream Media Corporation v. Facebook Inc.*, 6:19-cv-00708-ADA;
- *Onstream Media Corporation v. Lifesize, Inc.*, 6:19-cv-00709-ADA.

Dated: August 26, 2022          Respectfully Submitted

/s/ Raymond W. Mort, III
Raymond W. Mort, III
Texas State Bar No. 00791308
raymort@austinlaw.com
**THE MORT LAW FIRM, PLLC**
100 Congress Avenue, Suite 2000
Austin, Texas 78701
Tel/Fax: 512-865-7343

*Of Counsel:*
Ronald M. Daignault (*pro hac vice* to be filed)*
Chandran B. Iyer (*pro hac vice* to be filed)

DAIGNAULT IYER LLP
8618 Westwood Center Drive
Suite 150
Vienna, VA 22182
rdaignault@daignaultiyer.com
cbiyer@daignualtiyer.com

*Not admitted to practice in Virginia*

Attorneys for *Onstream Media Corporation*