# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| ONSTREAM MEDIA CORPORATION,<br>Plaintiff,<br><br>v.<br><br>CAFEX COMMUNICATIONS LTD,<br>Defendant. | §<br>§<br>§<br>§  W-22-CV-00887-FM<br>§<br>§<br>§ |

## ORDER TRANSFERRING CASE

On this day, the undersigned conferred with the Honorable David Ezra on matters related to the court's workload and special programs. Specifically, the undersigned seeks to dedicate more time to the Sendero Re-Entry Program and Adelante Pre-Trial Diversion Program, which have been effective. The Honorable David Ezra has agreed to receive the above-captioned cause.

Accordingly, it is **HEREBY ORDERED** that the above-captioned cause is **TRANSFERRED** to Judge David Ezra of the San Antonio division. The Clerk of the Court is instructed to proceed accordingly with transferring the cause.

**SIGNED AND ENTERED** this 30 day of **September 2022.**

**FRANK MONTALVO**
**UNITED STATES DISTRICT JUDGE**